United States Bankruptcy Court
Southern District of Texas

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 08/12/2024 at 3:06 PM and filed on 08/12/2024.

**James Michael Andersen**
1609 Milam Street
La Marque, Tx 77568
SSN / ITIN: xxx-xx-8554



The case was filed by the debtor's attorney:

**James Michael Andersen**
Attorney at Law
17041 El Camino Real
Ste 204
Houston, TX 77058
281-488-2800

The bankruptcy trustee is:

**Tiffany D Castro**
Office of Chapter 13 Trustee
9821 Katy Freeway
Ste 590
Houston, TX 77024
713-722-1200

The case was assigned case number 24-80232 to Judge Alfredo R Perez.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, 601 Rosenberg St, Rm 411, Galveston, TX 77550.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Nathan Ochsner**
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |
| 08/12/2024 15:24:23 |

| PACER Login: | jmanderse4625 | Client Code: | |
| --- | --- | --- | --- |
| Description: | Notice of Filing | Search Criteria: | 24-80232 |
| Billable Pages: | 1 | Cost: | 0.10 |